JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JUAN JOSE VILLATORO, | ) | Case No. CV 14-4644-SVW (DTB) |
| Petitioner, | ) | |
| | ) | **J U D G M E N T** |
| vs. | ) | |
| SCOTT FRAUENHEIM, | ) | |
| Respondent. | ) | |
| | ) | |

In accordance with the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge filed herein,

IT IS HEREBY ADJUDGED that Judgment be entered denying the Petition and dismissing this action with prejudice.

DATED:     February 2, 2015

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

1